UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 23-2356

———————

UNITED STATES OF AMERICA

v.

TYRONE MITCHELL, a/k/a FOX,
                                                      Appellant

———————————————

(E.D. Pa. No. 2:12-cr-00172-001)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, <u>Chief Judge</u>, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and AMBRO\*, <u>Circuit Judges</u>

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby **ORDERED** that the petition for rehearing by the panel is **GRANTED**. The Clerk is directed to file the amended opinion contemporaneously with this order. As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

———————————

\* Judge Ambro's vote is limited to panel rehearing only.

A majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is **DENIED**.

BY THE COURT,

s/ Stephanos Bibas
Circuit Judge

Date:  October 24, 2024
Tmm/cc: Peter Goldberger, Esq.
Robert A. Zauzmer, Esq